UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MYTEZ POWELL,<br><br>Defendant. | 2:20-CR-20067-TGB<br><br>ORDER GRANTING MOTION TO WITHDRAW MOTION<br><br>(DKT. NO. 61) |

Petitioner Mytez Powell's Motion to Withdraw Motion for the Ineffective Assistance of Counsel Claim (Dkt. No. 61) is GRANTED. The Government's pending Motion for an Order Finding Waiver of Attorney-Client Privilege is DENIED AS MOOT (Dkt. No. 58). The Petitioner's Motion to Vacate Sentence is WITHDRAWN (Dkt. No. 56)

DATED this 22nd day of October, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge